AO 91 (REV.5/85) Criminal Complaint    USA VALARIE HAYS, (312) 353-5356

**FILED**
JUL - 1 2002
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT

__NORTHERN__ DISTRICT OF __ILLINOIS, EASTERN DIVISION__

UNITED STATES OF AMERICA

v.

PHILIP MICHAEL SEBOLT

(Name and Address of Defendant)

DOCKETED
JUL 0 2 2002

MAGISTRATE JUDGE MASON
**CRIMINAL COMPLAINT**

CASE NUMBER:
**02CR0648**

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __On or about July 1, 2002,__ in __Cook__ County, in the __Northern__ District of __Illinois__ defendant(s) did,

(Track Statutory Language of Offense)

knowingly transport and ship child pornography, namely at least 40 image files and one video clip from an F-Serve utilizing the screen name "Blah35674", in interstate commerce by means of a computer;

in violation of Title __18__ United States Code, Section(s) __2252A(a)(1)__ .

I further state that I am a(n) __Federal Bureau of Investigation Agent__ and that this complaint is based on the following facts:
Official Title

Continued on the attached sheet and made a part hereof: _X_ Yes ___ No

Signature of Complainant

Sworn to before me and subscribed in my presence,

__July 1, 2002__                                                       at   __Chicago, Illinois__
Date                                                                           City and State

U.S. Magistrate Judge Michael T. Mason
Name & Title of Judicial Officer                          Signature of Judicial Officer

STATE OF ILLINOIS    )
                     )  SS
COUNTY OF COOK       )

**AFFIDAVIT**

I, Scott J. McDonough, being duly sworn, do hereby depose and state:

1. I have been employed as a Special Agent of the Federal Bureau of Investigation (FBI), Chicago Division, since January, 2001, and am currently assigned to the Violent Crimes Squad, VC-5. Since joining the FBI, I have investigated violations of various federal laws, including violent crimes, and am currently investigating federal violations involving child pornography and the sexual exploitation of children. I have gained experience through the guidance of other FBI Agents and law enforcement officers, as well as everyday work related to conducting these types of investigations. From September 1997 to January 2001, I was an Investigative Specialist-Aviation assigned to the Critical Incident Response Group at the FBI Academy, where my responsibilities included providing surveillance and other support to numerous major investigations in various FBI field divisions. From July 1996, to September 1997, I was an Investigative Specialist assigned to the Washington, DC Field Office, where I conducted numerous high profile, top secret surveillances in and around the National Capitol Region. Prior to joining the FBI, I was employed as a Deputy Sheriff by the Oakland County Sheriff Department from May, 1993 to July, 1996. I have received and provided extensive instruction to children with regards to safety. As a patrol officer, I had frequent contact with victim children

and conducted numerous investigations regarding crimes against children.

2. As a federal agent, I am authorized to investigate violations of laws of the United States and make arrests pertaining to law enforcement investigations.

3. The statements in this affidavit are based in part on information provided by Special Agents of the FBI, the Cook County Sheriff's Police Child Exploitation Unit, and on my experience and background as a Special Agent of the FBI. Since this affidavit is being submitted for the purpose of establishing probable cause, I have not included each and every fact known to me concerning this investigation.

4. This affidavit is made in support of a complaint charging defendant PHILIP MICHAEL SEBOLT with violating Title 18, United States Code, Section 2252A(a)(1).

5. On March 14, 2002 at approximately 3:16 p.m., Special Agent Mark J. Miller, acting in an undercover capacity, logged onto the Internet Relay Chat server known as liberty.nj.us.dal.net. Special Agent Miller queried the DALnet website and determined that this IRC server is located in the state of New Jersey. Once connected to the IRC Special Agent Miller entered a channel named #0!!!!!!!!!!!!!preteen666. While monitoring this channel, Special Agent Miller noticed a person using the nickname "Blah35674" who

was advertising File Server ("F-Serve") access to his computer system. "Blah35674"'s advertisement read "Upload Boy Baby Pics. I'm also looking for a text file or someone to msg me, on tips/tactics/advice on how to molest kids. I am not out to hurt or kidnap a kid. Just fun loving molesting. I have a web cam and am willing to produce pics if I can successfully molest a kid/baby. Any help would be nice. :)".

6. While Special Agent Miller was connected to the "Blah35674" F-Serve, he uploaded three computer files to the computer system of "Blah35674". The files were uploaded in order to obtain byte credit to download files. The files sent were public access NASA images taken by the Hubble Space Telescope that were encrypted so that the end user could not find out the true nature of the computer graphics.

7. Once sufficient byte credit was obtained, SA Miller downloaded fifty-three (53) image files. Of the fifty-three (53) files, at least forty (40) and a video clip depicted minor children engaged in sexually explicit conduct, as defined by Title 18, United States Code, Section 2256(8).

8. During the session, Special Agent Miller conducted check of the IRC domain name server indicated that "Blah35674" was assigned the IP address 67.36.179.154.

9. Using a public access website program called Check Domain, a program which traces an IP address back to the Internet Service Provider (ISP), Special Agent Miller was able to establish that the IP address 67.36.179.154 was associated with the ISP SBC INTERNET SERVICES located in San Antonio, Texas.

10. Throughout the undercover session, Special Agent Miller was located in the state of Maryland. Based on the fact that "Blah35674" connected to an IRC server located in the state of New Jersey through an Internet Service Provider (ISP) located in Texas, it is clear that the advertisement described herein necessarily traveled through interstate commerce.

11. Although the image files obtained by Special Agent Miller have not, as of yet, been submitted to an expert for the purpose of establishing the ages of the unknown minors involved, at least thirty (30) of the fifty-three (53) images downloaded clearly show children who appear to be under the age of eighteen (18) years old engaged in sexually explicit conduct as defined in Title 18, United States Code, Section 2256(2).

12. On March 25, 2002, pursuant to a Federal Bureau of Investigation Administrative Subpoena, SBC INTERNET SERVICES provided customer account information for the IP Address 67.36.179.154, which was the IP address assigned to the "Blah35674" F-Serve on March 14, 2002, when Special Agent Miller observed the advertisement and downloaded files containing child pornography as

described previously herein. According to the records obtained from SBC INTERNET SERVICES, the IP address belonged to Janet E. Sebolt, 242 East George Street, Bensenville, Illinois, 60106, telephone number (630) 595-5430, at the time when Special Agent Miller downloaded files containing child pornography as described previously herein.

13. A Choicepoint computer search revealed defendant PHILIP MICHAEL SEBOLT also resides at 242 East George Street, Apartment E, Bensenville, Illinois, 60106.

14. On July 1, 2002, at approximately 6:15 a.m., pursuant to a federal search warrant signed by United States Magistrate Judge Michael T. Mason, Special Agents of the Federal Bureau of Investigation and Detectives from the Cook County Sheriff's Police, Child Exploitation Unit, searched the residence located at 242 George Street, Apartment E, Bensenville, Illinois.

15. Immediately upon entry to the apartment, Agents and Detectives proceeded directly to the rear bedroom, entered the room and observed defendant PHILIP MICHAEL SEBOLT. Detective Michael Anton and I observed two computer towers on a desk in the room and a monitor that was active. The computer system was in the process of deleting files. Defendant SEBOLT activated the process of deleting the child pornography files from the computer system when he heard the law enforcement officers at the front door of the

house. Detective Anton and I immediately unplugged the computer system from the wall and removed all power connections.

16. After being informed of his Miranda rights, Detective Robert Farley and I interviewed defendant SEBOLT in his mother's bedroom. During the interview, defendant SEBOLT admitted that he was operating a F-Serve, for the sole purpose of distributing and trading child pornography on the internet. Defendant SEBOLT admitted to operating the F-serve in the Internet Relay Chat (IRC) and utilizing the screen name "Blah35674" while trading child pornography. Defendant SEBOLT admitted that he knew having child pornography files is against the law. Defendant SEBOLT admitted that he had the following ad running on IRC for a couple of weeks: "Upload Boy Baby Pics. I'm also looking for a text file or someone to msg me, on tips/tactics/advice on how to molest kids. I am not out to hurt or kidnap a kid. Just fun loving molesting. I have a web cam and am willing to produce pics if I can successfully molest a kid/baby. Any help would be nice. :)". Defendant SEBOLT further admitted that he knew posting this ad was wrong.

17. Based on the evidence described in this affidavit and my experience and training, I believe there is probable cause that on or about July 1, 2002, at Bensenville, Illinois, in the Northern District of Illinois, Eastern Division, and elsewhere, defendant SEBOLT knowingly transported and shipped child pornography, namely at least 40 image files and one video clip from an F-Serve

utilizing the screen name "Blah35674", in interstate commerce by means of a computer, in violation of Title 18, United States Code, Sections 2252A(a)(1).

                                       Further affiant sayeth not

                                       _____
                                       Scott J. McDonough
                                       Special Agent
                                       Federal Bureau of Investigation

Sworn and subscribed before me
this ___1st___ day of July 2002

_____
MICHAEL T. MASON
UNITED STATES MAGISTRATE JUDGE