# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**FILED**
AUG 29 2002
MICHAEL T. MASON
UNITED STATES MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT

DOCKETED
SEP 5 - 200[2]

In the Matter of
United States
v.
Philip Michael Sebolt

Case Number: 02 CR 648

APPEARANCES ARE HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY(S) FOR:

Philip Michael Sebolt

---

### (A)
- **SIGNATURE:** Elaine Odeh
- **NAME:** Elaine Odeh
- **FIRM:** Law office of Elaine Odeh
- **STREET ADDRESS:** 16 E. Green St.
- **CITY/STATE/ZIP:** Bensenville IL 60106
- **TELEPHONE NUMBER:** 630.766.0520
- **IDENTIFICATION NUMBER:** 06207353
- **MEMBER OF TRIAL BAR?** NO ☒
- **TRIAL ATTORNEY?** YES ☒

### (B)
- **SIGNATURE:** Brian P. Scanlon
- **NAME:** Brian P. Scanlon
- **FIRM:** Law office of Brian P. Scanlon
- **STREET ADDRESS:** 16 E. Green St.
- **CITY/STATE/ZIP:** Bensenville IL 60106
- **TELEPHONE NUMBER:** 630.766.0520
- **IDENTIFICATION NUMBER:** 06274205
- **MEMBER OF TRIAL BAR?** NO ☒
- **TRIAL ATTORNEY?** NO ☒
- **DESIGNATED AS LOCAL COUNSEL?** (unchecked)

### (C)
(blank)

### (D)
(blank)

PLEASE COMPLETE IN ACCORDANCE WITH INSTRUCTIONS ON REVERSE.

15