UNITED STATES DISTRICT COURT
FOR THE NORTHEASTERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| vs. ) | No. 02 CR 648 |
| ) | Guzman |
| PHILIP MICHAEL SEBOLT ) | |
| ) | |

MOTION IN LIMINE - STAINS / GLOVES

NOW COMES the defendant, PHILIP MICHAEL SEBOLT, by and through his attorney, ELAINE ODEH, and moves this Honorable Court in limine to exclude certain evidence the Government intends to use in the prosecution of this matter, and in support thereof states as follows:

1.  On information and belief it is anticipated that the Government will attempt to illicit testimony and to introduce evidence alleging that stains on certain photographs that it intends to introduce in its case-in-cheif at trail are the semen stains of the Defendant. Further, the Government intends to handle the photographs that it intends to introduce with latex gloves.

2.  Such evidence is inadmissible as it is irrelevant to the offenses charged. Rule 401 of the Federal Rules of Evidence defines relevant evidence as "evidence having any tendency to make the existence of any fact that is of consequence to the determination of the action more probable or less probable than it would be without the evidence". The evidence the Government intends to introduce does not meet this definition.

3.  Even if this Court finds such evidence relevant it is inadmissible on the Grounds of Prejudice and Confusion. Rule 403 of The Federal Rules of Evidence provides that "Although relevant, evidence may be excluded if its probative value is substantially outweighed by the danger of unfair prejudice, confusion of the issues, or misleading of the jury . . .". Such evidence and the handling of photographs with gloves would only serve to create unfair prejudice, confusion and misleading of the jury.

4.  Such evidence is inadmissible under Rule 404(b) of The Federal Rules of Evidence which provides that: "Evidence of other crimes, wrongs, or acts is not admissible to prove the character of a person in order to show action in conformity therewith . . . "

-2-

WHEREFORE, the Defendant respectfully requests that this Honorable Court prohibit the Government from introducing any evidence of semen stains on its exhibits and further that the Government be prohibited from handling its exhibits with gloves.

Respectfully submitted,

Elaine Odeh
Attorney for Defendant

Elaine Odeh
ARDC 06207353
16 E. Green Street
Bensenville, IL 60106
630-766-0520

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

_____UNITED STATES_____
PLAINTIFF

CASE NO. 02 CR 648

VS.

JUDGE Guzman

_____PHILIP MICHAEL SEBOLT_____
DEFENDANT

## PROOF OF SERVICE

TO: Valarie Hayes
    Assistant US Attorney

TO: _____

TO: _____

I, the undersigned (plaintiff / defendant), certify that on the 25 day of FEB, 2003, I served a copy of this ____ to each person whom it is directed by way of IN PERSON

Name BRIAN SCANLON
Address 16 E Green ST
City/Zip Bensenville IL 60106
Telephone 630-700-0500

_____/s/_____
SIGNATURE / CERTIFICATION

2/25/03
DATE

CREATED ON 2/22/02