UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
MAR 2 6 2003
MICHAEL W DOBBINS
CLERK, U.S. DISTRICT COURT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 02 CR 648 |
| | ) | |
| v. | ) | Violations: Title 18, United States Code, |
| | ) | Sections 2252A(a)(5)(B), 2252A(a)(1), |
| PHILIP MICHAEL SEBOLT | ) | 2251(c)(1)(A), and 2253 |

DOCKETED
MAR 2 7 2003

JUDGE RONALD GUZMAN

**SECOND SUPERSEDING INDICTMENT**

MAGISTRATE JUDGE MASON

**COUNT ONE**

The SPECIAL SEPTEMBER 2002 GRAND JURY charges:

On or about July 1, 2002, in the Northern District of Illinois, Eastern Division,

PHILIP MICHAEL SEBOLT,

defendant herein, knowingly possessed material that contained images of child pornography that had been shipped and transported in interstate commerce by means including a computer;

In violation of Title 18, United States Code, Section 2252A(a)(5)(B).

41

## COUNT TWO

The SPECIAL SEPTEMBER 2002 GRAND JURY further charges:

On or about March 14, 2002, in the Northern District of Illinois, Eastern Division,

PHILIP MICHAEL SEBOLT,

defendant herein knowingly transported and shipped child pornography, namely, a computer image entitled "helgave049.jpg," in interstate commerce by means of a computer;

In violation of Title 18, United States Code, Section 2252A(a)(1).

## COUNT THREE

The SPECIAL SEPTEMBER 2002 GRAND JURY further charges:

On or about June 25, 2002, in the Northern District of Illinois, Eastern Division,

PHILIP MICHAEL SEBOLT,

defendant herein knowingly transported and shipped child pornography, namely, a computer image entitled "hel-an09.jpg," in interstate commerce by means of a computer;

In violation of Title 18, United States Code, Section 2252A(a)(1).

## COUNT FOUR

The SPECIAL SEPTEMBER 2002 GRAND JURY further charges:

In or about March 2002, in the Northern District of Illinois, Eastern Division, and elsewhere,

PHILIP MICHAEL SEBOLT,

defendant herein, knowingly made and published a notice and advertisement that was transported in interstate commerce by means including a computer and offered to receive, exchange, produce, display, distribute, and reproduce visual depictions involving the use of minors engaging in sexually explicit conduct, and the visual depictions defendant advertised were of such conduct;

In violation of Title 18, United States Code, Section 2251(c)(1)(A).

## FORFEITURE ALLEGATION

The SPECIAL SEPTEMBER 2002 GRAND JURY further charges:

1. The allegations of Counts One through Four of this Indictment are realleged and incorporated by reference as though fully set forth herein for purposes of alleging forfeiture pursuant to Title 18, United States Code, Section 2253.

2. As a result of his violation of Title 18, United States Code, Sections 2252A(a)(5)(B), 2252A(a)(1), and 2423(b), as alleged in the foregoing Indictment,

### PHILIP MICHAEL SEBOLT,

defendant herein, shall forfeit to the United States any and all interest in property that contains visual depictions and matter produced, transported, shipped, and received in violation thereof, and any and all property used and intended to be used to commit and to promote the commission of the aforementioned violations, including, but not limited to, the following items seized on or about July 1, 2002 and July 3, 2002;

        a.    Minion IMT4000 Computer;

        b.    Gateway Computer with three hard drives, serial number 5500977;

        c.    Hewlett Packard Computer, model Pavillion 7050, serial number 0950-2944;

        d.    Hewlett Packard Computer, model D2832A, serial number MY02871758, with IBM keyboard and Logitech mouse;

        e.    Digital Computer Monitor, model PCXCV-UW, serial number 1K7082777, with IBM keyboard and Logitech mouse;

        f.    COMPAQ Computer Monitor, model Presario 1725 320A, serial number 720CD02DA728;

    g.    Packard Bell Computer Monitor, model PB8549SVGL, serial number 71460936;

    h.    Intel Computer Camera, serial number 20680923;

    i.    Altec Subwoofer, serial number 62369, with two Altec speakers;

    j.    Vivitar PS45S Camera, serial number AH4470497;

All pursuant to Title 18, United States Code, Section 2253.

A TRUE BILL:

_____
FOREPERSON

_____
UNITED STATES ATTORNEY
Patrick J. Fitzgerald by [initials]

02 CR 648

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

UNITED STATES OF AMERICA

vs.

PHILIP MICHAEL SEBOLT

**SECOND SUPERSEDING INDICTMENT**

Violations:
18 U.S.C., § 2252A(a)(5)(B),
2252A(a)(1), 2251(c)(1)(A), and 2253

A true bill,

_____
Foreman

Filed in open court this _____ MAR 2 6 2003, A.D. 20___

MICHAEL W. DOBBINS
_____
Clerk

_____
Deputy Clerk

Bail, $ _____