02CR648
USA-v-Sevolb  C.S.O.

Dino G. Kotsovetis

Jury Note – (1)

**FILED**
APR 1 0 2003
RONALD A. GUZMAN, JUDGE
UNITED STATES DISTRICT COURT

**DOCKETED**
APR 1 4 2003

52

We have reached a Verdict

*[signature]*