## UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

FILED
OCT 14 2003
RONALD A. GUZMAN, JUDGE
UNITED STATES DISTRICT COURT

In the Matter of

USA
v
SEBOLT

Case Number: 02CR 648

APPEARANCES ARE HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY(S) FOR:

Philip Sebolt

**(A)**
SIGNATURE: Michael D. Walsh
NAME: MICHAEL D. WALSH
FIRM: Law Office of Michael Walsh
STREET ADDRESS: 53 W. Jackson #400
CITY/STATE/ZIP: Chicago IL 60604
TELEPHONE NUMBER: 312-986-1221
IDENTIFICATION NUMBER: 3128290
MEMBER OF TRIAL BAR? YES ☒ NO ☐
TRIAL ATTORNEY? YES ☒ NO ☐