UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATE OF AMERICA | ) | |
| VS. | ) | No. 02CR-648 |
| PHILIP SEBOLT | ) | Judge Guzman |

### NOTICE OF MOTION

To: Valarie Hays, Esq.
Office of the U.S. Attorney
219 S. Dearborn
Chicago, IL 60604

PLEASE TAKE NOTICE that on the **3-4-04**, at 9:30 a.m. I will appear before the Honorable Ronald Guzman in his courtroom 1219 located at 219 S. Dearborn, Chicago, Illinois and present Defendant's Motion to Supplement Pre-Sentence Report a copy of which is attached.

MICHAEL D. WALSH
Attorney for PHILIP SEBOLT
53 W. Jackson-Suite 400
Chicago, IL 60604

### AFFIDAVIT OF SERVICE

The undersigned, MICHAEL D. WALSH, and attorney, certifies that a copy of this Notice and attachment was HAND DELIVERED to above named party at the above address on the **1st** of March, 2004.

Case: 1:02-cr-00648 Document #: 85 Filed: 03/01/04 Page 2 of 2 PageID #:254

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| v. | ) | No. 02CR-648 |
| | ) | Judge Guzman |
| PHILIP SEBOLT | ) | |

### DEFENDANT'S MOTION TO SUPPLEMENT PRE-SENTENCE REPORT

NOW COMES the Defendant, PHILIP SEBOLT, through his attorney, MICHAEL D. WALSH, and moves this Honorable Court to grant him leave to supplement the Pre-Sentence Report, in support thereof, states as follows:

1. That a Pre-Sentence Report has been prepared for the sentencing hearing.

2. That Defendant is in possession of psychological records that Defendant wishes to include with the Pre-Sentence Report.

3. That the Defendant is in possession of letters from family and friends that he wishes to include for consideration.

WHEREFORE, the Defendant prays that this Honorable Court grant him leave to supplement the Pre-Sentence Report with psychological records and letters.

MICHAEL D. WALSH
53 W. Jackson-Suite 400
Chicago, IL 60604
312-986-1221

