UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATE OF AMERICA | ) | |
| | ) | |
| VS. | ) | No. 02CR-648 |
| | ) | |
| PHILIP SEBOLT | ) | Judge Guzman |

## NOTICE OF MOTION

To: Valarie Hays, Esq.
Office of the U.S. Attorney
219 S. Dearborn
Chicago, IL 60604

PLEASE TAKE NOTICE that on the 11th day of March, 2004, at 9:30 a.m. I will appear before the Honorable Ronald Guzman in his courtroom 1219 located at 219 S. Dearborn, Chicago, Illinois and present Defendant's Motion to Reconsider Sentence a copy of which is attached.

MICHAEL D. WALSH
Attorney for PHILIP SEBOLT
53 W. Jackson-Suite 400
Chicago, IL 60604

## AFFIDAVIT OF SERVICE

The undersigned, MICHAEL D. WALSH, and attorney, certifies that a copy of this Notice and attachment was HAND DELIVERED to above named party at the above address on the 8th day of March, 2004.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | No. 02CR-648 |
| | ) | |
| PHILIP SEBOLT | ) | Judge Guzman |

### DEFENDANT'S MOTION TO RECONSIDER SENTENCE

NOW COMES the Defendant, PHILIP SEBOLT, through his attorney, MICHAEL D. WALSH, and moves this Honorable Court to reconsider the sentence, and in support thereof, states as follows:

1. That the Defendant has been sentenced to a total period of incarceration of three hundred sixty (360) months in the Bureau of Prisons.

2. That the Court abused its discretion in granting the Government's Motion for upwards departure.

3. That the Court erred in allowing the Government to seek an upwards departure.

4. That the Defendant renews its objections to the Government's requests for enhancements previously filed in the matter

WHEREFORE, the Defendant prays that this Honorable Court reconsider the sentence and reduce the period of incarceration.

Respectfully submitted,

MICHAEL D. WALSH
Attorney for Defendant
53 West Jackson-Suite 400
Chicago, IL 60604
312-986-1221