Philip Sebolt #14682-424
Metropolitan Corr. Center
71 W. VanBuren
Chicago, IL 60605
February 6, 2004

The Honorable Ronald A. Guzman
Dirksen Federal Building
219 S. Dearborn
Chicago, IL 60604

## The Essay of My Life

# Introduction

Some people should be locked up; some people should not. Some people don't care about their lives and the people in society; other people do. Some people live a life of crime; others make a mistake. Some people should only be sentenced to get help and treatment; others, if offered, wont care to take the offer.

In this essay, I am going to prove to you that: I am the somebody who cares about my life and others; I am the somebody who only made a mistake and who doesn't want and would never live a life of crime; I am the somebody who doesn't belong in prison; I am the somebody who is desperate for treatment and therapy and would never turn that offer down; I am the somebody who should be sentenced to only therapy and treatment; and that I am a worthy person.

# Table of Contents

1. - My Life
2. - My Disorder
3. - Rehibilitation and Preventing Recidivism
4. - Other Mitigating Factors
5. - Realizations and Learning Experiences
6. - Conclusion

# 1.- My Life

There are so many positives in my life that this letter would be far too long if I were to list and talk about everything. Even though there are many positives in my life, I had many struggles in my life as well. The only major negitive is this sexual disorder that I suffer of which will soon turn into a positive as I rehabilitate myself.

I grew up in both Berkeley and Bensenville Illinois and currently reside in Bensenville with my Mother. My childhood was quite typical of that of a normal childhood except for some struggles along the way. I was raised by my mom who has always been a law abiding citizen and working member of society. My mom has always, and still is, a positive influence and role model with everything. My mom divorced shortly after I was born because of my fathers alcohol problem and negitive energy which she did not want around me. As a result, I have never met my father. Not only did I not have a father, I am also the only child in the family. These two factors made life somewhat harder and I became quite jealous of those facts when I would witness the more perfect family. My Uncle, Roger Dvorak, whom I a very close with, took the role of a father figure. Roger has no children of his own and continues to remain a bachelor. I became special to him because I was the first of cousins on my moms side of the family and because he has no children of his own. He would be the one to spoil me and sometimes over do it. He too has always been a positive influence and role model in my life. My Grandmother (who passed away in 1989) and grandfather on my moms side has also been an important part of my life because they both helped raise me. They became the primary care takers

when my mother was working. I'd spend the days at their house during the summer vacations from school. My Grandpa always kept me busy with cutting his lawn to assisting him in his wood working projects. He became my biggest inspiration giving me much knowledge, wisdom, and ideas; a lot of which I exercise today.

I have always been encouraged to keep busy with positive activities such as taking part in art and craft workshops and various day camps. I spent my summer days working my way through courses in youth swimming lessions, Berkeley park district day camp, and the YMCA day camp which I have spent at least 5 consecutive summers attending; two of which I became a junior leader in their volunteer counselor in training program for the day cumps. I have also kept busy by attending martial arts classes for aprox. 8 consecutive years ending sometime when I was 15 years old. At a young age, I have descovered my interest in technology and electronics making a hobby out of it by consuming my time with electronics kits and projects. This hobby quickly became a passion and at that time, I had plans for my adult future to enter the electronics engineering field. At age 15, I was introduced into the computer field when I owned my first computer. I became involed in the computer club in my sophmore, Junior, and senior years of highschool teaching myself and learning advanced computer skiils.

## Education

My growing interest in computers drove me to take advantage of the "Technology Center of DuPage" formally known as "Davea" which is a vocational schooling for careers during the 11th and 12th grades that was offered to

2.

us through my Highschool. I was enrolled in "Computer Information Systems" and I would go to this class for half of the day of each day through both my Junior and senior years of Highschool and I was awarded a certificate of completion at the end of 12th grade. This is when I had descevered my exact career choice which became Computer Networking.

Following the completion of Highschool, I had enrolled into college at Robert Morris College to continue my studies in my career choice. After a lot of hard work and dedication, I completed my Associates Degree of Applied science in February of 2001 specializing in Computer Networking. With the help of R.M.C.'s excellent Job placement services, I landed a Job at CTC Services as a computer operator to start my career. Unfortunatly, this Job ended in a huge disappointment. I was terminated in 90 days because I supossably did not perform to the small company's standards they expected from me. I was upset and disappointed, but I did not give up. Because of the crashing economy, it became very difficult to find a Job. I decided to go back to R.M.C. to continue my education by enrolling in a Bachelor program in the same field of study. Just before I was arrested, I was about to enter into my senior year. With 3 more quarters to go, I was expected to graduate with a Bachelors degree in February of 2003 and I would have now been on my successful way to my goals and dreams.

## Work

At 15 years old, I took up my very first Job with my friend at the River Forest Country Club (Golf Club) in Bensenville as a golf ~~caddy~~ to earn some money to spend for fun and to have something to do in the summer of 96. Although this was a "come when you feel like it" Job,

2.

My friend and I did the job atleast twice a week for the summer.

At 16 years old in the summer of 97, I was hired at the Bensenville water park to take on the responsibilities of a real job. I was hired as a "Locker Room / Slide attendant". The main job function was to enforce rules and to act as a liaison between the life guards and other pool staff. I was to actually be a life guard; however, I decided not to because I felt unconfident to be responsible for someones life if something were to happen.

In the fall of 97 when the water park job came to an end, I was hired at the local Dominicks store as a bagger in Bensenville. working at Dominicks helped me develope and improve general skills.

In the summer of 98, I had quit Dominicks to take my first full time (temp) job at I.C.S. Medical; a company that developes and sells electronic medical equipment for the diagnosis of dizziness. I filled a position in the production department where I was able to utilize my soldering and electronic skills.

When my help was no longer needed at ICS Medical, I went back to the bagger position at Dominicks in September of 98. In June of 99, I was promoted to the produce department at Dominicks as a produce clerk. It was in this position that I greatly improved my customer service skills.

In June of 2001, I quit Dominicks for my first full time job involving my career which did unfortunatly quickly end in a sad disappointment

After two months in the fall of 01 being Jobless trying to find a Job in my career field, I decided to take a part time Job as a package handler at United Parcel Service in the Addison sorting facility. My main Job function was to scan and load packages into 54' Simi trucks- with my outstanding Performance and work quality along with my take charge atitude, It was suggested by my supervisor and the full time wing supervisor to try for a part time supervisor position- with my interest in moving up and my passion for this company, I began to take the first steps in becoming a supervisor by taking the SPA, test which I passed and getting my first interview. But sadly, I didn't get my chance at a second interview with the Night shift supervisor because I was arrested.

## My Future

I don't quite know what the direction of my future will be especially now that I am unable to continue these good things for the time being, but I continue to have many goals, hopes, and dreams that I am trying to reach in my life. I want to be a successful person and I want to continue expanding my knowledge and go as far as I can in college. I would dream and fantasize about owning and running my own company; perferably selling Internet Services such as web hosting or Internet access to both residentual and Business markets. With my vast knowledge in the technology and some help from a friend, I believe I can turn this dream into a reality. On the other hand, it has also been a dream to join an Elite team at a major corporation working my way up to hold a senior Networking engineer or a managemen position in Information Technology. Another idea of mine is to go back to work at UPS to complete what I have started. I might work in

5.

way to a full-time supervisor position or I might see what UPS. has to offer in my career field. UPS uses the leading edge in technology to move packages all over the world which would be a good company to utilize my special skills in my career field

I hope that I can come home soon so I can continue to work on my goals, hopes, and dreams and I hope to continue these good things <u>while I am still young and extremely motivated</u>. It frustrates and upsets me when I fantasize about my dream; but unable to do anything or actually try an idea I have because I am surrounded by 4 walls, a ceiling, and a floor.

Besides my professional life, my life in general as I grew up was quite tough especially because of the absence of a father and siblings - I was a target to bullies throughout my young life and I was considered an outcast in school. Although bullieing is a common factor in a childs life, I always had the problem of not being capable of defending myself. Among this almost unbearable struggle in my life, I also struggled with A.D.D.

I was diagnosed with Attention Deficet Disorder while in 4th grade and I was placed on retilian because of my lack of performance in school. My suffering of A.D.D. could also be to blame for the problems with my peers. In my Sophmore year in HighSchool, I, on my own decession, terminated my medication and doctor visits to my neurologist because I felt that I was doing much better in my academic studies and thought I was cured of A.D.D. I did remain in special education classes throughout

all of highschool which I was in since 11th grade. A.D.D. is a neurological disease that inhibits a persons lack of judgement and decession making skills. *and Impulses,* I feel I still suffer from ADD and regret my termination of treatment. I also believe this continued suffering of A.D.D. played a direct role in my criminal activity. My mom spoke with my former neurologist and the Doctor did reply "I am not surprised".

Because of my unpopularity, I struggled to maintain friends. In my early teenage life, I had low self-esteem and confidence. I, a lot of times, would be excluded from events with who I thought were friends. As my teenage life went on, I became more confident with myself and I finally started to get accepted and I was assimilated into a good group of friends who I hung out with every weekend to shoot pool and do many other things teens do. It was at this time that I had experienced my first relationship with a girl whom I dated for 2 years. As I moved into adulthood, I developed many good relationships with people and continued to do many positive things with myself. I just hope I soon get the chance to continue this life style.

7.

## 2. - My Disorder

The biggest negitive in my life is this sexual disorder I suffer from. This negitive will soon turn into a positive when I recieve therapy and treatment and I will do everything I can to make this happen.

I try to understand why I suffer from this disorder, but I come up with no answers. The answers that I might be looking for will hopfully be answered when I undergo the healing process. But for now, it just remains a big mystery. There could be many reasons why I suffer from this disorder. Maybe I have been sexually abused when I was a child, maybe this disorder is genetic, or maybe it is just the way God created me. This brings to the question of how homosexuality is explained or can it even be explained? My disorder, in my opinion, is quite similar of (legal) homosexuali. Homosexuality is not normal; however, it has been generally accepted into our society providing that it does not involve minors.

The core of this disorder can be simply put as: Sexual Attraction to children or Pedophilia. I had first realized that I was attracted to children when I was in my early teenage years. It was actually when I was 5 or 6 years old when I had first discovered my disorder but at that time, I was too young to understand anything or unable to come to any realizations.

At 15 years old, I owned a computer which was allowed in my bedroom and unsupervised. I can not blame my mom for that because she, like many parents at that time, did not realize the dangers lurking on the Internet because it was at a time when the Internet first started to

1.

become known. Had my mom knew the knowledge about Internet saftey 10 years ago, she would never allow the computer in my bedroom where it is unsupervised. However, doing that still would not alter my disorder that I already had been suffering from, but it would have slowed it down or allowed it to be much easier to get caught *by my mom* which is what I wished would have happened long ago.

It was at this age that I was introduced to the Internet and when I had very easly descovered child pornography. Because of the precedent — the attraction to children, I had now immersed myself into the illegal domain on the Internet. Had I not suffered from this disorder, my wrong doings would have never occured and I would not be here today in a Jail cell.

My sexual disorder and wrong doings were kept to a secret up until now. I wish I had the courage prior to my arrest to speak to someone about it, but because I know how the "normal" society thinks about people like me, I could never tell anyone. I was also ashamed and embarressed about it. I could never tell anyone in my family either because I was afraid of disownment and abandonment. The illegal things I was doing manifested into an overpowering addiction and I was unable to control my heavy impulses that drove me to do wrong. (A.D.D. also inhibits the lack of control of impulses). My wrong doings finally caught up to me, but along with a Jail cell.

I am, however, very happy that I got caught. Now something will be done to help me. On the downside, it is very sad that I'm facing a ridicoulus amount of deprivation of my liberty and this deprivation is no where necessary to meet the standards of society through the use of correct and effective rehibilitation. Correct and effective rehibilitation will not only best interest me, it will also ultimatly benefit society.

2.

### 3. - Rehibilitation and Preventing Recidivism

I have many goals in life and now I have a new and most important goal I must reach which is number one on my list which is to rehibilitate myself.

I have already begun the rehibilitation process by utilizing this time to myself in jail to understand who I am. This is only the first step and I am very eager and motivated to continue this process with the aid of therapy by both group and one on one counseling. I plan and expect to enter into the only program that is available to me in the federal prison system which is the 18 month long Sex Offender Treatment Program at the FCI in Butner, North Carolina.

It is to my understanding that I am facing an extreme amount of time of confinement in federal prison; time of which makes absolutely no sence when the objectives of rehibilitation can be successfully reached in a few years. I am young and very motivated to start recieving the professional treatment process which I eagrly wait for. Because of these factors, I am an excelent canidate for immediate treatment in the S.O.T.P. program.

There are two negitive impacts a lengthy sentence can have on me in respect to successful rehibilitation. One of those negitives is that according to what I have heard from an M.C.C. psychologist, I will only qualify for the speciality S.O.T.P. program when I reach the last 36 - 18 months of my prison term. With a long prison sentence, I'd have to wait some 5 to 8 years or more before I can recieve the correct therapy and treatment. Not only does this

1.

Jeopardize my motivation to rehibilitate, it also arises the Question of: Based on budgetary reasons, will this only program exist for me when it does come time to enter this program?

The other negitive impact is if I can enter the S.O.T.P. program right after I am sentenced, and after recieving the special care, at the end of 18 months, I will be transfered to a normal prison to finish my remaining term but without continued special care. It is true that I will hopfully be rehibilitated at the completion of the S.O.T.P. program; however, I expect and plan to continue therapy and treatment beyond the S.O.T.P. program and I am afraid that my already rehibilitated self could weaken by the normal pressures of prison life which will ultimatly render my resolve useless and ineffective.

With these two negitive impacts of a lengthy sentence in mind, out of all the mitigating factors in my case, I believe this one is the most important one and I ask you take it into heavy consideration when sentencing me.

In addition to recieving help within the prison system, reguardless of length of sentence, I plan and will continue therapy and treatment when I do come home and possibly for the rest of my life. My loving family will also see to it that this continues beyond the duration of incarceration.

In reguards to rehibilitation, it is a shame that I was denied bond which is mostly to blame for having previous inexperienced attorneys. without any excuses, it should have been recenized by my attornies that I am in dire need of therapy, not only because of the obvious nature of my crimes, but I also have requested help since day one of my arrest. I was denied

2.

bond for the reason of Danger to the community by Magistrate Judge Michael T. Mason while I was under the direction of a court appointed Public defender who only knew the simple fundamentals of my case. By time an offical indictment was filed, private attornies Elaine Odeh and Brian Scullen were retained to assist my case whom of which never brought the idea to my attention to retry for bond in your [Judge Ronald A. Guzman] presence and bring forth the most important reason which is to immeadtly begin the professional therapy process. I believe that the mention of this important reason to any Judge would be highly taken into consideration for bond because there is no existance of treatment and therapy programs for Pretrial Status inmates within the Jail facilities and bonding out would be the only option for a Person who has an extremly high potential for immediate rehibilitation.

It angers and frustrates me that the possiblity of the option to bond out could have come true if my ~~most~~ previous attornies were not so defunct to realize this. As a result, I am still in Jail after 18 months of my arrest with no possible way to rehibilitate myself with professional therapy.

In a positive aspect to my own ongoing rehibilitation process in the future after I have gained much knowledge about the disorder I suffer from, I plan to assist other individules who are suffering from this disorder by giving those individuls support for their own rehibilitation and by helping them understand and help them expel their erges that cause illegal behaviors.

As an aid to preventing recidivism, I hope I am allowed to retain my Bureau of Prisons I.D. card after my release from prison to use it as a daily reminder of this horrible nightmare. Having been reminded of this horrible existence will cause me to think twice of my actions and their respective consequences.

3.

## 4. — Other Mitigating Factors

There are many mitigating factors that I feel you need to be aware of and I ask that you take these factors into consideration when sentencing me.

A very long sentence would make it very difficult to get established with my life. How would I explaine in a job interview that 15 years of my life I did nothing? My career in computer science would be severly impacted because technology changes every three months. Computer science and tehnology is all I know and what I am good at. This would severly ulter my ongoing rehibilitation and my ability to become a productive member of society and the posibility of my dreams being shattered forever.

Another factor to take into account is the fact that I have no criminal background. This is the first and will forever be the last time I will ever break the law of the land. I broke the law but I am not the type of criminal who knows and tries to use methods to not get caught. (I.E. Gang / Drug activity) I just made a mistake based off a disorder I could not control. A number of inmates I am around rant and rave of their pride in the crimes they have commited. It makes me sick. I could never be proud of what I did and it tears me up inside that I could not control myself to stop.

The time that I am facing worries me that by time my release comes up, I might not have much family left or even have a home to

1.

come home to. Other than my very small extended family, my mother is all I have. She is 53 years old and she will be 73 in twenty years from now. My Grandfather would be 100 years old and my very close Uncle would be in his eighties. These three people would be the ones to help me get back on my feet again and I will need to depend on them to help because I was quite dependant of them up until my arrest. Without them, I would be lost in this world.

The opposite of this also is a factor. Who would be there for my mom as she nears the age of a Senior citizen and needs someone to take care of her? My mom is a single woman who has one son in her life but that person is in prison unable to care for her when she becomes elder. It would break my heart if I am unable to help her when she will need it.

The absense of a father in my life is another factor which might have something to do with this disorder I suffer from.

Another big factor to consider is the fact that my mom is un-employed. She has joined the thousands of people who are suffering from the very slow economy. She is jobless recieving hardly enough with un-employment. Because of the extreemly increased un-employment rate and employers cutting back, it has become very difficult to find a job that will be decent enough to support herself and aswell as having basic employee benefits such as health insurance. As a result, my mom is struggling to pay necessary bills and taxes and I am afraid she may loose her condo. I need to get home as soon as possible to help her in these hard times. I have a much better ~~chance~~ chance of getting a

2.

decent job moreover her because I have an associates degree and most of my bachelors degree complete as well as specialty skills in my career field. My mom has none of this. Our extended family is so small that the members who would help just can't because of their own financial troubles. My mom has never used the internet and she has always depended on me to help her type a professional looking resume in word and I'd post her resume for her on job search sites. I wish I could help her with finding a job as well as help her by getting a job for myself, but I just cant because I am in here and it really hurts that I can't help her.

The final mitigating factor that I ask you to take into consideration is the fact that I am completly out of place in a prison environment. I am repeatedly teased and put down by other inmates almost on a daily basis because I am a very vulnerable inmate. I am not a criminal and do not have a criminal mind therefore I do not fit in with everyone else. My character and demeanor show me as a weak individual which is prey to other inmates. I don't know how to fight and I have a hard time defending myself. Inmates describe the Metropolitan Correctional Center as a "kiddy camp" as compaired to actual prison which they say is very rough if you show weakness. I am very scared and terrified especially if inmates find out what I am truly in here for. All I want is to get out of this horrible environment.

3

# 5. - Realizations and Learning Experiences

Even though this is a horrible episode in my life, I have changed this experience into a positive one. Because there is not a whole lot of activities to do, I spend a great amount of time thinking. I think about the past and dream about the future. This thinking allows me to review and evaluate my past mistakes and faults that I would not see from the outer world.

As I think about my past, I would realize many things that I had never realized before. Of the many things I have realized, I have realized that I was quite a selfish person and I have also realized many mistakes I have made such as using profane language and disrespecting my mother; the many mistakes I have made during the course of the two year relationship I had with my Ex girlfriend Becky Senn of which I was, a lot of times, at fault for the many fights we have gone through together; my attitude towards people; and many other similar mistakes. But the biggest mistake that I think about is this one that I am here for.

Making mistakes shows us what needs improvement; without mistakes, how would we know what to improve? During this time that I spend incarcerated, I will improve and rehabilitate myself so I never make the same mistake again and I will come home a new changed man.

This experience has given me a whole new perspective on life. I have learned to cherrish and value life a whole lot more. Even the simple things like hearing birds sing. I have also realized that life is too short to waste. I hope to god that I don't have to spend 10 + years in prison. I am afraid that if I have to, I will become a depressed, bitter, and disgruntled person which would be a very

un healthy life to live.

This experience has also brought me closer to my mom, my uncle, grandfather, and my cousin who lives in Pittsburgh. But a long sentence will only destroy these very close relationships as I could, for years, be unable to spend Quality time with them. I want to spend that quality time with my grandfather who is now 80 years old before he passes away with a long Sentence, I will be unable to do this.

This experience has scared me straight. I wish that is all this was about because I have never been locked up ever in my life, but unfortunitly its not going to be that way because of the severe time I face. I wish and hope it can be different.

I have also realized that there are consequences to everything a person does. These consequences could be good or bad. In this case, the consequences are horrible. I wish I was attentive to the consequences that I am now having to live with. I don't know what I was thinking; I guess I was thinking I was invincible and thought this will never happen to me, but it has because I didn't think of what happens when I break the law. I was told that ADD also hinders your ability to understand or not realize the consequences of your actions.

2.

# 6.— Conclusion

In conclusion of this essay of my life, I must say that I am very sorry for my wrong doings. I am thankful that I did get caught, that I now have the confidence to seek the help that I need and beg for. I can not go back in time; something of which I wish I could do, but instead, I have the power to change the present and my future. I want to be a normal person living a happy, enjoyable, and productive life.

I can't comprehend to why I face an incredible amount of time in prison especially when I could not help and understand what I do. If I have never suffered from this mental disorder, I would have never been compelled to involve myself with child pornography, thus I wouldn't be here in this horrorable nightmare. I know that I am a worthy person who can and will change. Day in and day out I am very depressed and I will forever be depressed until the day I come home.

Technology and research in everything is progressing quite rapidly through these information years. To this day, there is no simple cure to what I suffer from, but if there was a ▮▮▮▮ surgical or medical procedure I could undergo that would simply remove this sickness, I wouldn't hesitate to undergo such procedure. I hope soon that our advancement in technology will allow this to occure.

I hope to God for a sentence somewhere between 3 - 5 years which would be enough to take advantage of the Sex Offender Treatment Program to rehibilitate. I then hope to come home where I belong so I can

1.

Straighten out my life and pick up where I left off with the positive things I was doing for myself. When I do come home, I will not hesitate to continue seeking therapy at an out-patient facility.

I ask that you give me a second chance and make this happen so I can prove myself; the Government, and most important, society that this will never happen ever again. Please don't destroy my good positive life with a long sentence based on punishment, Instead, I ask that you please look at me as a human being who made a mistake and found out the hard way.

Respectfully yours,

Philip Sebolt

Philip Sebolt

2.



**U.S. Department of Justice**

Federal Bureau of Prisons

*Federal Correctional Institution*

---

*PO Box 1000*
*Butner NC 27509-1000*

## Sex Offender Treatment Program
(2001 revision)

### Description and Philosophy of the Program

The Sex Offender Treatment Program (SOTP) was established in 1990 at the Federal Correctional Institution (FCI) in Butner, North Carolina. The SOTP is an intensive, 112-bed residential therapeutic program for male sexual offenders in the Bureau of Prisons. This voluntary program employs a wide range of cognitive-behavioral and relapse prevention techniques to treat and manage sexual offenders. The primary goal of the SOTP is to help sexual offenders manage their sexual deviance in order to reduce sexual recidivism. The program adheres to the notion that, while there is probably no permanent cure for paraphilic disorders, criminal sexual behavior can be effectively managed in most cases through competent treatment and intensive supervision. Similarly, the SOTP adheres to the notion that, while sexually deviant disorders are influenced by biological, social and psychological factors, criminal sexual behavior is largely a volitional act.

The SOTP recognizes that sex offenders enter treatment with varying levels of denial and motivation. However, in managing limited resources for many sexual offenders in the Bureau of Prisons, the SOTP seeks to provide services to the most motivated and psychologically suitable offenders. Thus, the SOTP is designed to help individuals who want to help themselves and are committed to permanent behavioral change. The treatment program encourages its participants to change their criminal lifestyle and become honest, responsible, and law-abiding citizens with effective self-control skills. The treatment program is task-based, not time-based. Progress is measured in terms of completion of treatment goals and maintenance of therapeutic gains. Length of time in the program, by itself, does not constitute therapeutic progress or accomplishment. Program participants do not "graduate" from the treatment program because treatment is viewed as a lifelong endeavor which must continue long after one's release from prison.

### The Residential Treatment Program

The SOTP is currently housed in Maryland Unit, a general population housing unit of FCI Butner. The residential program is not segregated from the general population. Program participants have direct contact with general population inmates, as they use the same dining, educational, medical, recreational, and religious facilities. Program participants are expected to work as all general population inmates in the Bureau of Prisons, and encouraged to participate in activities and programs that promote personal growth and development outside of the SOTP (e.g., education, vocational training).

The length of treatment in the program varies depending on the length of the inmate's sentence, the date of referral to the program, the SOTP's waiting list, and date of arrival to FCI Butner. The length of treatment may be as short as 18 months or as long as 36 months. The SOTP is comprised of four essential components: orientation, assessment, treatment, and release planning:

<u>Pre-treatment and Orientation</u>: This component of the program orients the program participant to all aspects of the program and introduces him to the concepts of therapeutic community. Inmates participate in a brief series of orientation sessions about the program, the benefits of treatment, the expectations of staff, and the standards of conduct for all program participants. In this phase, inmates attend and begin to participate in community meetings.

<u>Psychosexual Assessment</u>: This component of the program consists of a series of questionnaires, psychological test

batteries, and physiological assessment. Program participants are assessed in three domains: intelligence and cognitive functioning, personality and psychopathology, and psychosexual functioning. Program participants are subject to plethysmograph and polygraph examination.

Treatment: This component of the program is comprised of milieu therapy, psychotherapy in various treatment modalities, and participation in structured psycho-educational programs focusing on management of sexual deviance through skill building. Psychiatric treatment with medications may be considered on an individual basis to address symptom-related concerns. In addition to individually tailored goals, each program participant is expected to acquire and demonstrate:

1. Remorse and guilt for the sexual crime(s) he committed
2. Complete acceptance of responsibility for the sexual crime(s) he committed
3. Recognition of his deviant sexual arousal and sexual offense pattern(s)
4. Control and management of his deviant sexual arousal and behaviors
5. Improvement in his ability to manage negative emotions
6. Genuine empathy for his victim(s)
7. Improvement in his social skills and overall interpersonal functioning
8. Knowledge of relapse prevention skills

Treatment is implemented in using the following modalities:

1. Group psychotherapy
   Inmates are assigned to groups of approximately eight to ten program participants. Psychotherapy groups meet once or twice per week. Each group is led by doctoral level psychologists, master level therapists, or pre-doctoral psychology interns . In group therapy program participants are encouraged to honestly discuss their sexual offense history, behavioral patterns, thinking errors or cognitive distortions, difficulty empathizing with victims, and other personal issues. Program participants are encouraged to help each other by providing helpful and constructive feedback, support, and confrontation.

2. Individual psychotherapy
   Inmates are assigned to a staff clinician for regular psychotherapy. The primary focus of individual therapy is to guide the program participant in the process of treatment, and to implement specific cognitive-behavioral treatments and relapse prevention techniques, and address other individual concerns or symptoms.

3. Psychoeducational programs
   Inmates participate in weekly psychoeducational programs presented by the treatment staff. The primary goal of this component of treatment is to develop or enhance specific skills required to maintain therapeutic gains and successfully achieve lifestyle change. SOTP participants receive programs on subjects such as:

   a. Relapse prevention
   b. Communication skills training
   c. Management of negative emotions
   d. Victim empathy
   e. Management of deviant sexual arousal
   f. Intimacy skills training
   g. Family integration and reunification
   h. Stress management

4. Psychoeducational laboratory
   Inmates participate in weekly meetings to collectively discuss and complete homework assignments generated in their psychoeducational programs.

5. Community meetings
   Inmates participate in weekly community meetings designed to promote adherence to the standards of

conduct and other behavioral norms, and common values. These meetings are intended to provide information, support fellow program participants, and an opportunity to re-affirm the participant's commitment to a crime-free lifestyle.

6. Discussion groups
   Inmates participate in weekly group discussions focusing on treatment-related topics and reading assignments.

7. Search of cells
   To promote accountability and personal responsibility, the treatment staff routinely search the cells of program participants for the presence of contraband and other prohibited items. Violations of BOP policies and the SOTP's Standards of Conduct result in disciplinary action and programmatic sanctions.

Release Planning: This is an essential component of the program intended to help the program participant maintain therapeutic gains and successfully achieve re-integration into the community upon his release from prison. The SOTP staff and Unit Team collaborate to develop a sound release plan for the program participant that includes appropriate post-release housing, employment, community-based treatment, and community supervision. Program participants are encouraged to take an active role in planning their release to the community.

Prior to the program participant's release from prison, the treatment staff prepare a comprehensive discharge packet. This packet is sent directly by the treatment staff to the United States Probation Officer upon the inmate's discharge from the program. In the discharge report, the treatment staff make risk-contingent recommendations to the probation officer regarding the intensity of community supervision and monitoring. Risk prediction is implemented by integrating the scores from actuarial risk assessment instruments with clinical judgment. In compliance with Bureau of Prisons' policies, the sex offenders in the SOTP are referred to community-based sex offender programs upon their release, and are subject to notification to state or local law enforcement and Sex Offender Registration officials in the district of release.

**Standards of Conduct**
Inmates in the SOTP are expected to adhere to higher standards of conduct in order to continue their good standing with the program. This not only requires that program participants comply with all the rules and regulations governing inmate conduct as defined by the Federal Bureau of Prisons, but also adhere to standards of conduct consistent with individuals who are committed to permanent abstinence from deviant sexual behavior and from possessing any materials which could be used for these purposes (e.g., pornography). Violation of BOP policy and/or SOTP Standards of Conduct, or failure to achieve treatment goals may result in programmatic probation or immediate expulsion. Expulsion from the program may result in institutional transfer and other consequences, as implemented by the inmate's Unit Team. For more information about the Standards of Conduct, please see the SOTP Consent Form.

Dress Code
All SOTP participants must adhere to FCI Butner's Dress Code at all times. However, between the hours of 7:30 am and 4:00 pm during program days, the following are inappropriate: short pants, white or grey T-shirts, sweat pants, untucked shirts, soiled or unclean clothing, sunglasses, hats or any head gear, except for those worn for religious purposes, towels around neck, trouser leg turned up, radio headphones outside cells, or shower shoes. Exceptions will be made when participants are moving to and from recreation areas during off-program hours.

Inappropriate Materials
Program participants must comply with all policies governing inmate conduct as defined by the Federal Bureau of Prisons. In addition to contraband, the following materials are considered inappropriate for program participants to use, possess, or manufacture any type of pornographic or sexually explicit material such as photographs, drawings, and written materials; any photograph or "cut-out" from any publication of a nude or partially nude adult or child; any sexual apparatus or paraphernalia; any publication or photograph depicting physical abuse or sexual violence; any obvious collection of photographs, pictures or drawings depicting any individuals in sexually explicit or suggestive poses or situations; any material that depicts, describes or encourages activities which may lead to violence, sexual crimes, or exploitation; and any other material that is viewed by staff as incongruent with the goals

of treatment.

<u>General Rules</u>

In addition to adhering to all rules outlined by the Maryland Unit Team, you are also expected to adhere to the following rules: 1) you must be fully dressed and well-groomed by 7:30 am on program days; 2) you bed must be made by 7:30 am – on program days, you are expected to be out of bed after 7:30 am. – if not at your work site or approved institution program, you will be expected to be engaged in SOTP activities, cleaning your room, or contributing to the overall sanitation of the Maryland Unit; prison-issued and personal clothing should be clean and in good condition (e.g., no holes or stains); television will be off during program hours – television viewing is allowed as stipulated by the SOTP TV Guidelines posted in Maryland Unit; the playing of cards, billiards, or other games is prohibited during work or program hours; and telephone usage is not allowed during work or program hours.

<u>Visitation Guidelines</u>

All visits with individuals who have not attained the age of 18 will be screened by treatment staff for their appropriateness. Treatment staff may restrict your visitation with children if clinically indicated or if you are determined to pose a risk of harm to a child.

<u>Confidentiality</u>

Program participants are informed in writing of the limits of confidentiality, as defined by the Bureau of Prisons' Psychology Services Manual. Specifically, program participants are told that their confidentiality is protected at all times, except in cases where there is potential harm to self or others, when the security of the correctional institution is threatened, or when there is suspected child abuse. As BOP staff are charged with protecting every inmate's confidentiality as defined by policy, program participants are expected to protect the confidentiality and privacy of other inmates in the program.

<u>Admission Criteria</u>

The SOTP seeks to select the most motivated, psychologically minded, and treatment-appropriate inmates. The following criteria must be met before the inmate is considered for admission to the program:

1.  The inmate must have been convicted of a sexual crime. Inmates whose instant offense is not a sexual crime must have a documented history of sexually deviant and abusive behavior.

2.  The inmate must volunteer for participation in the treatment program and demonstrate a commitment to behavioral change.

3.  The inmate must have a maximum of 36 months left on his sentence prior to release to the community, and a minimum of 18 months from the date of the referral.

4.  The inmate does not have a pending charge or detainer which interferes with release to the community.

5.  The inmate is literate and demonstrates sufficient intellectual ability to participate in psychotherapy.

6.  The inmate is not psychotic and does not suffer from a psychiatric illness which would prevent him from participating in program.

7.  The inmate may be denied admission to the program if there are any factors that may indicate the inmate is not a good candidate for this program (e.g., psychopathy, chronic recidivist).

<u>Referral Procedures</u>

The SOTP receives referrals from United States District Courts and institutions in the Federal Bureau of Prisons. All referrals to the SOTP must be submitted to the Director of the program for review and approval. If the inmate is determined to be appropriate for the program, the Director of the program will provide written acceptance to the referring office. Once accepted, the designation or re-designation request will be submitted to the appropriate

regional designations administrator for review and action.

1. *Direct commitment from a United States District Court*: The Community Corrections Manager (CCM) will review available sentencing documents to determine eligibility. This may require additional contact with the US Probation Officer who completed the Pre-Sentence Investigation (PSI) report. Prior to preparing a "request for designation" (BP-337), the CCM will provide supporting documentation to the SOTP Director, recommending acceptance. If the Director of the SOTP determines that the inmate is eligible for the program, and bed space permits, the Director of the SOTP will prepare written acceptance to the CCM. The CCM will then initiate the request for designation, with comments verifying the SOTP Director's acceptance. If no other case management concerns exist, the respective regional designator will make the designation to "BUT SOTP".

2. *Re-designation from Institutions of the Federal Bureau of Prisons*: A referral packet must be submitted from the Unit Team or Chief Psychologist of the sending institution to the Director of the SOTP. A cover memorandum should outline the justification for the referral, with an assurance that the inmate has read a description of the SOTP and has consented to participate in all components of the program. Preliminary telephone contact between the Chief Psychologist at the referring facility and the Director of the SOTP is strongly encouraged to assess the inmate's suitability and eligibility, and to determine if there is available bed space. In addition to the cover memorandum, the referral packet must include the following:

    (i) a memorandum from the Chief Psychologist of the sending institution indicating that the inmate meets the admission criteria of the SOTP, is psychologically suitable for the rigors of sex offender treatment, and has sufficient motivation to complete the requirements of the program,

    (ii) a copy of the Pre-Sentence Investigation report and Judgment and Commitment (J & C),

    (iii) copies of previous psychological and psychiatric evaluation and treatment reports

    (iv) a copy of a current progress report by the Case Manager

    (v) other pertinent collateral information

The SOTP Director will prepare a written response to the Chief Psychologist and/or Unit Team at the referring institution. The Unit Team will prepare a re-designation request (Sentry form 409), noting the acceptance into the SOTP. The respective regional designator will re-designate the inmate to "BUT SOTP" if no other case management concerns exist (transfer code 324).

All inquiries should be directed to the SOTP Director:

Andres E. Hernandez, Psy.D.
(919) 575-4541 ext. 3672
(919) 575-2017 facsimile
E-mail: aehernandez@bop.gov

Removal from the SOTP
If the inmate declines to participate in the required components of the SOTP, or is determined to be inappropriate for continued placement in the program, he will be expelled from the SOTP and be removed by the Unit Team. The reason for removal will be documented in the Central File, and the inmate will be referred for return to his "parent facility" as a program failure (transfer code 325).

# MICHAEL A. ESPOSITO D.D.S.

5646 St. Charles Rd.
Berkeley , Il  60163
708 544-9773Phone Number

February 3, 2004

The Honorable Judge Ronald A. Guzman
219 South Dearborn Street
Chicago, Il 60604

To The Honorable Judge,

   My name is Michael Esposito and I want to thank the court for this opportunity to state my input.
   First of all, I do not in any way condone or foster the crimes committed by Phillip Sebolt. I feel all parties are hurt by such crimes. I offer my sincere condolences to the victims, their families, and Phillips family.
   Please understand that I have known Phillip for over seventeen years and his grandfather much longer. I have treated Phillip as a dental patient and have always been treated  respectably by Phillip. Phillip and I have discussed electronics, his academic future and his goals in life on numerous occasions. Phillip seemed to be leading a productive life. Phillip was raised in a very caring environment by his mother Janet. Not fully understanding the charges and conviction, I plea that Phillip be sentenced fairly and also receive the proper treatment to prevent him from taking any future illegal actions. I do believe, as the mayor of a small town, that  help is an important part of our responsibility as a society and that Phillip deserves an opportunity to improve his behavior. Placing Phillip with potentially more hardened criminals may not be the overall best solution to the particular problem at hand. Please consider medical treatment as a part of your sentencing.

Respectfully,

Michael A Esposito

Michael Esposito D.D.S.

To: Michael Walsh- Attorney at Law

My name is Amanda B. Hurn, I am a retired Business Executive (Computers)and have lived in "Chalet-on-the-Lake Condomiums" since 1980. I am writing this letter because I am a friend and neighbor to Philip Sebolt.

I first met Philip when he and his mother Janet moved into 242(E) George st(89/90). Philip was about 10 years old.

Phil and I had frequent contact with one another because their 2nd floor apartment and patio overlooks the general outdoor parking area that Apts.236,238,240 &242 all share.

I would see him in the morning, on his way to school, see him when he came home, meet him taking out the garbage and wave to him when he was on the patio. On many of these meetings we would converse , mostly kid stuff( I am about 56 years beyond his ). What impressed me the most during his early years 10-15 were his good manners,good character traits and the respect he had for others. I never saw him mistreat anyone not even his peers and I saw a lot of undesirable traits in some of his peers.  I watched him grow into manhood,with pride,and as an interested neighbor.

While he was continuing his higher education, he worked at Dominicks, in the produce department. On many occasions as a customer I was in a position to evaluate his perfomance- he was a good worker and went out of his way to assist all customers (was not a goof-off).

He left Dominicks and went to work at U.P.S. and was working on getting a degree in computer science.  Phil and I had adult conversations about the computer field,I was much impressed by his computer knowledge and willingness to assist/educate others in developing their technical skills.

In closing, this letter is about Philip my friend and neighbor since 89/90

It is my honest assesment that "Philip M. Sebolt would never intentionally hurt anyone and is incapable of doing harm to another person or to himself,is not a criminal and is not a menace to Society"

Due to Philip's excellant character traits that I have observed thru these  years I suggest that consideration be given to the possibility that there were extenuating circumstances that even Philip has forgotten about and Society would best be served, not by incarceration but by supervised probation with counseling.

It is my understanding that this is his first encounter with the law and if I can help in anyway please contact me. I really believe that he is a good fellow, a sound citizen and has great potential.

Kindest Regards

Amanda E. Hurn
238 George St "A"
Bensenville.Il. 60106
630-595-1362   11/29/03

November 28, 2003
Ronald A. Guzman


Dear Ronald A. Guzman,

The intent of my letter is to share with you what relationship I have had with Phil Sebolt I am 52 years old, I have been married for 29 years and have three daughters. My oldest who is 22, was a girlfriend of Phil Sebolt fours years ago.

Phil and my daughter met on the Internet. Both at the time I think were very confused kids. My daughter quit high school in her senior year. She never had many friends was kind of a loner. But when we finally got Internet access and she like many other people found a new outlet to communicate with people.

My daughter was diagnosed as having elective mutism in her early years. She didn't like meeting new people but the Internet opened and avenue for her to meet people. She got interested in computers and Phil Sebolt sparked her back into the thought process of how a better education is the threshold of life.

Phil managed to talk her in to returning to the college of DuPage to get her general education diploma. Of which she not only received but also scored one of the highest scores ever in that program and received a special award.

There is a lot of good in Phil Sebolt.I just don't think his maturity came as fast as we call the norm. Most males cant wait until they turn sixteen to get their drivers license Phil didn't get his until he was 19.The girl doesn't normally drive when going on dates but Phil and my daughter were not the norm.

Over the years Phil and my daughter were friends he, came with us on vacation. One year. I remember on one occasion we were at a lost of things to do so we went to a sate park to build a fire and roast hot dogs. Phil thought this simple thing was the greatest thing since sliced bread. I couldn't help wonder what kind of kid well maybe a 19-year-old man. Has never been around a fire, never gone fishing. Never rowed a boat and didn't know what eggs benedict was when he saw it on the menu. Phil didn't have the benefit of a close family. No dad around to ask whats this or that. And I am sure his mom had a heck of a time as a single parent.

No I am not naive enough to know that many a young person has gone through life raised by a single parent. But it makes for an envoirment where a young person has a lot of time to himself or herself alone without direction. Now we throw in Internet access.

A lot of knowledge can be obtained from this world just by sitting at a keyboard. But along with it comes the easy access to the wrongs of life.

What I would hope you think of when you decide Phil Sebolts life is that this is the year 2003 .We eve been quick to make the availability of the good as well as the bad information available to a lot of people. . Its not walking into that adult book store or a firearms store. It's at your fingertips. We must take accountability for making some

things to easily accessible to formative minds in these years of the computer. And punishments must be adjusted I feel accordingly. We make it to easy to make mistakes that young people don't realize have very real consequences.

Punishment for wrong , yes. But lets get help for the individual while they are still young

I don't feel Phil Sebolt is a threat to society. He has an illness that needs therapy. He has spent enough time incarcerated. Lets start the heeling process now. Keeping him in an envoirment alone without the help of friends and family I really feel would be fruitless.

A young mind can be changed, but direction is needed. Please let us get the help Phil Sebolt needs .

Sincerely;

Patrick Senn

Susan R Hinz
2206 Wolford Street
Pittsburgh, PA 15227


November 29, 2003


Hi, my name is Susan Hinz. I am Philip's aunt, I've known Philip all of his life. He was brought up without a dad, his grandfather and his uncle tried to take on that role. They always tried to encourage him, by going to baseball games, school activities, etc...

My daughter Allison Hinz, who is about a year and 3 months younger than Philip, was always very close to him, they played together and I never had any problems with him. She never said anything to make me suspicious of anything he's been accused of. Philip wasn't very good with academics, but electronics were always his niche, at 8 years old he could hook a VCR to a TV and make it work. He was always taking things apart, just to put them back together again. Even though he has trouble with his academics, he got through high school and into college. All through high school he worked, as a golf caddy, at a supermarket, and even one summer helping a friend's dad build PC's. All through this time he kept in touch with my daughter Allison on the PC's. When he would come to visit he was always kind, considerate, and very courteous. I know he has a lot of friends; he was always a very liked person. Then he started college, and got a car, and a job at UPS. He got his Associates Degree, and he couldn't find a job with his A.D. so he went back to get a Bachelors Degree. He was always trying to better his life, going back for his Bachelors to get a good job and make something of himself.

It's been a horrible tragedy for my family, but I love my nephew and my home will always be open to him.


Susan R. Hinz

Allison R. Hinz
4227 Tuxey Avenue
Brentwood, PA 15227
412-207-2121

To Whom It May Concern,

My name is Allison Hinz, I am the daughter of Susan Hinz, and Philip Sebolt's Cousin. I have known Philip ever since I can remember, and he always felt more like a brother to me than a cousin. We would go out with our Uncle Roger to Amusement Parks, museums, movies and games. We always got along great, we spent endless nights at sleepovers talking about what we were going to accomplish in our lives.

When my mother, father and I moved to Pittsburgh in 1989, it was tough for Philip and I; not only were we trying to deal with a new "long-distance" friendship, but our grandmother also passed away that year. So my first trip back to Chicago was for my grandmother's funeral, and no one was in a very cheery mood. We didn't talk much at that time, I was still young, only 6 and trying to deal with a lot of things. After that, when we would visit each other, usually on holidays, we spend most of our time together.

When my father got his computer, Philip helped me learn to use it so we could chat with each other, instead of running up ridiculously high phone bills. As I got older, he would often ask my opinion on his relationships with different girlfriends, as well as countless conversations about cars, movies, music, school, and life in general. He was always there for me when I had a problem, as was I always there for him.

He was going to school to get a bachelor's degree in computers at Robert Morris College. I remember trying to get him to come to their campus in Pittsburgh because I missed him so much. He hesitantly declined. I always knew that he was great with computers, car audio systems, and shooting pool. Which were all things that I was also interested in.

I would like to say, if I may, that I was utterly shocked to find out what was going on. There never was any sign or symptom that he was doing the things he was. I know that had he told me, I would have gotten him help immediately. I do not agree with what he did, but he is my cousin, and I will always love him as such. I refuse to turn my back on my family, no matter who they are, or who they become.

Thank You,

Allison R. Hinz

November 29, 2003

1100 Taft Avenue
Berkeley, IL 60163
December 10, 2003

The Honorable Ronald Guzman
Dirksen Federal Building
Chicago, IL 60604

Dear Judge Guzman:

I am Philip Sebolt's grandfather. I have been close to my grandson all his life. His mother, my daughter, is a single mother. My late wife and I helped raise him.

I am very proud of my grandson and do all I can to help him. Philip spent much time with us. He went to and from school from our house. He was a lively, active, eager boy who participated in the sports of baseball, soccer, karate and swimming. He would show interest in many of my hobbies: gardening, woodworking and electronics. He played and interacted well with other children and showed certain leadership qualities. I always saw him as a normal, courteous, well-behaved and fun-loving boy and young man. His achievements are many. He had almost finished a bachelor's degree with an impressive A- grade average. Just before his arrest he was promoted to a managerial level at UPS. I was happy to learn that he even was awarded a special $2,500 achievement scholarship at his college. He is a whiz in computers and often helped other people with problems they had with their computers. He is self-motivated and was well on his way to being a successful and productive adult.

I was shocked to learn of the secret side of his life and can hardly believe what has happened. My heart is broken. I am an old man of 80 and just hope that I live to see the day that he is free and able to get his life back on the right track.

Please show compassion to Philip and see to it that he gets the help he asked for as soon as possible. I believe that the sooner he gets back into society, the better it will be for him and for society. He has much to offer.

Sincerely yours,

Ladimir F. Dvorak

915 N. York Rd.
Elmhurst, IL 60126
December 10, 2003

The Honorable Ronald Guzman
Dirksen Building
Chicago, IL 60604

Dear Judge Guzman:

Permit me to tell you my view of my beloved nephew, Philip Sebolt. He is not a sociopathic criminal, nor is he a danger to society. He is rather an earnest young man who suffers from two mental illnesses: attention deficit disorder and sexual addiction to child pornography. ADD clouds his judgment, and an early addiction to child pornography, enhanced by the Internet, has led to criminal activity. It astounds me that this most important fact has not yet been taken into consideration by the court system one and a half years after his arrest by the FBI, and even after a useless trial. In the meantime he languishes in jail: worried, depressed, bored and wondering why everything was bollixed up.

On the day of his arrest, July, 1, 2002, he confessed his guilt to the FBI. He clearly said that he was sorry for what he did. More importantly he stated that he needs help with his problems, for he knew that his behavior was not normal. He was blinded by a deep sense of shame and was afraid to tell his secret even to his loved ones. What a curse and demon he lives with! He has cooperated fully and expected help in return. Therefore I ask: Where is the help for him? Had he been released on bond, we would have got professional help for him immediately. It remains, by the way, a mystery to me why he was not granted bond. One reads in the newspapers of worse criminals out on bond. Why, too, was there no plea agreement? How much longer must he wait for help with his mental problems? I implore you to see to it that he gets professional help as soon as possible. He is anxiously waiting.

Philip is a person of very good character. He is intelligent, honest and sincere. Yes, he is naïve and perhaps immature in some regards. But, who at 21 is not? He is redeemable, rehabilitable and motivated. I do really fear, however, that a long and inordinate sentence could destroy his spirit and his life. The corrective system, in whose hands he is now, ought to be truly corrective and help him get back on his feet soon in order that he again be the productive person he was. Ongoing treatment with his mental condition is assumed. Please do not fail him. His goals are to stay free of crime, to finish a bachelor's degree, to reenter the workforce and perhaps to continue in school for a master's degree. He has the potential to temper his sexual impulses and to be a valuable and productive member of society again, if only you give him the chance.

Respectfully yours,

Roger Dvorak

Roger Dvorak

242 E. George St.
Bensenville, IL 60106
December 10, 2003

Honorable Judge Ronald Guzman
Dirksen Building
Chicago, IL 60604

Dear Judge Guzman:

I am writing this letter about my wonderful and only child, Philip Sebolt. I divorced Philip's father before he was born on November 4, 1980. He is my pride and joy. He is the light of my life. My life revolves around him because he is all I have and Philip has always come first. It wasn't easy raising a child on my own. He didn't have the direction that a dad could give him or the guidance and strength a boy should have growing up to be a man. He was fortunate to have a grandma to watch him while I worked full time. He also was fortunate to have a very loving uncle and loving grandpa. I made sure Philip was kept safe and secure like I was growing up. I taught him good family values and to respect others among many other things. I love him unconditionally. I just want him to be happy. I feel, though, that he was lonely without any brothers and sisters.

Philip had many interests, especially electronics and computers. He was involved in baseball, soccer, swimming and karate. Philip did struggle in school with some subjects. He was behind in reading. His third-grade teacher pointed out to me that Philip had problems with his classmates. He was picked on in school sometimes. I had him evaluated and he was diagnosed with attention deficit disorder and placed in special education programs. He took Ritalin for his condition. ADD causes impulsive behavior and a lack of judgment. He should be reevaluated now and treated, if necessary. Philip joined a computer club when he was in high school and got A's in computer classes. I encouraged Philip to go to college and he did. He was just three months away from getting a bachelor's degree. He wanted to work on a master's degree.

Then he was arrested. This was a total shock to his family and friends. I did not see this coming. If I had known about his sickness, he would have got help. He said that he was too ashamed and embarrassed to tell anyone.

Philip had several jobs and worked hard at all of them. One of them was at Dominick's. After he left Dominick's, many people he worked with would ask about him. That's how well he was liked.

Please don't keep him away from me and his family for too long. I'm so afraid what a long sentence could do to him. Philip is not like most inmates. He cares about himself and others. He is sensitive. He is not aggressive and would not be able to defend himself. He is not street-wise at all. Philip was just beginning his life, when it ended abruptly. I pray that you will place him in a minimum security institution where treatment is available for his mental condition. There is no evidence that Philip harmed anyone. He only harmed himself. I don't deny, however, that he broke the law. I feel that he could not stop himself because of his addictive disease.

-2-

I wanted to help my son the best way I could for his defense. Now I see all the mistakes the inexperienced attorneys made. I'm sorry I retained them and wasted $20,000. They made everything worse. I feel that I failed Philip in this. Neither I nor any family member ever had any experience with hiring attorneys. What fools these attorneys were to think that they could win, since the FBI has evidence. Furthermore, our society itself is very prejudiced against sexual offenders. The trial with all its irrelevant information created the picture of Philip as a dangerous monster. This he certainly is not!

There are only three family members that can help Philip when he is released. We are not young. I am 53, my brother is 58 and his Grandpa is 80. We will have to provide a home for him. We hope and pray that we will be young enough and energetic enough to help him. I remember all the laughs, smiles, memories and pride my son has brought me over the years. Please do not be harsh on him. I recently heard on TV that studies have been done about prison sentences. Too much time served without rehabilitation produces people who do not care anymore. Jail time can also teach people how to be better criminals.

What is happening to my son is unbearable. I feel deep pain every single day. I have even had to be treated for depression. If I could take his place, I would.

Sincerely yours,

Janet Sebolt

Janet Sebolt

Dear Honorable Judge Guzman:

Philip Sebolt was a friend of one of my children for several years, a number of years ago. Philip was respectful when he was at our home. I don't know anything about his home life other than he was being raised by his mother.

I am very saddened to hear what Philip has done. I feel he should be punished.

However, one must look at the crime and realize that a long term prison sentence is not what this person needs. Philip desperately needs to be placed in a rehabilitation program where he can get the help he most definitely needs. I feel that the length of time he has been incarcerated already is enough punishment.

However, it should be mandatory that he take a rehabilitation program.

A long sentence does not seem appropriate for the crime. Not for a first offense. Philip didn't kill anyone or rape anyone to justify a long sentence. Sitting in jail as long as he has without being in a rehab program is terrible. How can he ever go back into society and know the proper

manner he must behave in if he isn't taught and shown? How can he understand how horrible what has happened to others if he is not shown the wrong of his ways and taught the proper behavior that is acceptable in our society.

I agree that Philip should be punished. I just feel that the time he has already spent is sufficient punishment for the crime; other than that he still needs professional help to get him back into society. This person deserves a chance to get well.

Patricia Williams